IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MELVIN OMAR VALEZ-SANTOS PETITIONER
Reg. #32316-069

v. No. 2:14-cv-105-DPM-BD

C V RIVERA, Warden, Federal Correctional
Complex, Forrest City, Low RESPONDENT

ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

17 October 2014