# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MELVIN OMAR VALEZ-SANTOS**                                    **PETITIONER**
Reg. #32316-069

v.                            No. 2:14-cv-105-DPM

**C V RIVERA, Warden, Federal Correctional**
**Complex, Forrest City, Low**                                  **RESPONDENT**

## JUDGMENT

Valez-Santos's petition is dismissed without prejudice for want of jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2014