# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | |
|---|---|
| **MELVIN OMAR VALEZ-SANTOS**<br>Reg. #32316-069 | **PETITIONER** |
| v. No. 2:14-cv-105-DPM-BD | |
| **C. V. RIVERA, Warden, Federal Correctional Complex, Forrest City, Low** | **RESPONDENT** |

## ORDER

On *de novo* review, the Court adopts the recommendation, № 11, and overrules Valez-Santos's objections, № 18. FED. R. CIV. P. 72(b)(3). Valez-Santos cannot proceed under § 2255's savings clause because he has not shown the § 2255 remedy to be inadequate or ineffective. *Lopez-Lopez v. Sanders*, 590 F.3d 905, 907 (8th Cir. 2010). No defect, jurisdictional or procedural, exists regarding the designation of Magistrate Judge Deere in this case. 28 U.S.C. § 636(b); Local Rule 72.1; № 1, stamp notation of random assignment.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2014