# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

MELVIN OMAR VALEZ-SANTOS            PETITIONER
Reg. #32316-069

v.                      No. 2:14-cv-105-DPM

C. V. RIVERA, Warden, Federal Correctional
Complex, Forrest City, Low                RESPONDENT

## JUDGMENT

Valez-Santos's petition is dismissed without prejudice for want of jurisdiction.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2014