IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MELVIN OMAR VALEZ-SANTOS                                    PETITIONER
Reg. #32316-069

v.                          No. 2:14-cv-105-DPM

C. V. RIVERA, Warden, Federal Correctional
Complex, Forrest City, Low                                  RESPONDENT

### ORDER

Valez-Santos requests information about his case. № 21. Request granted. Approximately four months ago, the Court considered and overruled Valez-Santos's objection, adopted the recommended disposition, and entered Judgment. The CM/ECF system reflects that copies of the Court's dispositive Order and Judgment were mailed to Valez-Santos at his current address on December 19th. See attached. The Court directs the Clerk to mail Valez-Santos another copy of № 19 and № 20 and a copy of the docket sheet, along with this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 April 2015

```
MIME-Version:1.0
From:ecf_support@ared.uscourts.gov
To:ared_ecf@localhost.localdomain
Bcc:
--Case Participants: Richard M. Pence, Jr (kim.squires@usdoj.gov,
richard.pence@usdoj.gov), Magistrate Judge Beth Deere
(bdchambers@ared.uscourts.gov), Judge D. P. Marshall Jr.
(dpmchambers@ared.uscourts.gov, price_marshall@ared.uscourts.gov)
--Non Case Participants: Judge Deere (bdchambers@ared.uscourts.gov)
--No Notice Sent:

Message-Id:<7178977@ared.uscourts.gov>
Subject:Activity in Case 2:14-cv-00105-DPM Valez-Santos v. Rivera Order on Report
and Recommendations
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U.S. District Court

## Eastern District of Arkansas

### Notice of Electronic Filing

The following transaction was entered on 12/19/2014 at 11:44 AM CST and filed on 12/19/2014
**Case Name:**      Valez-Santos v. Rivera
**Case Number:**    2:14-cv-00105-DPM
**Filer:**
**Document Number:** 19

**Docket Text:**
**ORDER adopting [11] Recommendation and overruling Valez-Santo's objections, [18]. Valez-Santos cannot proceed under ☐ 2255's savings clause because he has not shown the ☐ 2255 remedy to be inadequate or ineffective. Signed by Judge D. P. Marshall Jr. on 12/19/2014. (jak)**


**2:14-cv-00105-DPM Notice has been electronically mailed to:**

Richard M. Pence, Jr     richard.pence@usdoj.gov, kim.squires@usdoj.gov

**2:14-cv-00105-DPM Notice has been delivered by other means to:**

Melvin Omar Valez-Santos
Reg #32316-069
FORREST CITY LOW
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail / Parcels
Post Office Box 9000

Forrest City, AR 72336-9000

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=12/19/2014] [FileNumber=7178975-0] [2a5a7f412c5dee8b8e905a214fd7bc49146a4ca847fed3b9cbabd49f6340819a20a7632d7f0bac381c727a830264c0abb2872553d8b061165639ceceff7f5ee3]]

```
MIME-Version:1.0
From:ecf_support@ared.uscourts.gov
To:ared_ecf@localhost.localdomain
Bcc:
--Case Participants: Richard M. Pence, Jr (kim.squires@usdoj.gov,
richard.pence@usdoj.gov), Judge D. P. Marshall Jr. (dpmchambers@ared.uscourts.gov,
price_marshall@ared.uscourts.gov)
--Non Case Participants: ad hoc (robbie_mixon@ared.uscourts.gov)
--No Notice Sent:

Message-Id:<7178980@ared.uscourts.gov>
Subject:Activity in Case 2:14-cv-00105-DPM Valez-Santos v. Rivera Judgment
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### Eastern District of Arkansas

## Notice of Electronic Filing

The following transaction was entered on 12/19/2014 at 11:46 AM CST and filed on 12/19/2014
**Case Name:**        Valez-Santos v. Rivera
**Case Number:**      2:14-cv-00105-DPM
**Filer:**
**WARNING: CASE CLOSED on 12/19/2014**
**Document Number:** 20

**Docket Text:**
**JUDGMENT dismissing without prejudice Valez-Santo's petition for want of jurisdiction. Signed by Judge D. P. Marshall Jr. on 12/19/2014. (jak)**


**2:14-cv-00105-DPM Notice has been electronically mailed to:**

Richard M. Pence, Jr    richard.pence@usdoj.gov, kim.squires@usdoj.gov

**2:14-cv-00105-DPM Notice has been delivered by other means to:**

Melvin Omar Valez-Santos
Reg #32316-069
FORREST CITY LOW
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail / Parcels
Post Office Box 9000
Forrest City, AR 72336-9000

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=12/19/2014] [FileNumber=7178978-0] [5600950bad6fc72e5b4cd9a9d4abbf87d4fcfdca332bb5b93b33a2dd99b9c2767c8f9ae98b09890a7b5c788f15dc4b76a83d4080597a1a29b56599781fb2a1a0]]